UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re:                                          |        Chapter 13
    MALCOLM ORRIN BENNETT          |        Bankruptcy No.24-11609-PMM

        Debtor        |

<u>CERTIFICATE OF SERVICE</u>

    I, Kenneth E. West, Esq., do hereby certify that a true and correct copy of the foregoing

*Objection of Chapter 13 Trustee to Confirmation of the plan of Debtor* filed in the

above-referenced case has been served this 25th day of July, 2024, by first class mail upon those

listed below:

MALCOLM ORRIN BENNETT
184 LINDENWOOD DR
EXTON, PA  19341-2166

**<u>Electronically via CM/ECF System Only:</u>**

CIBIK LAW, P.C.

Office of the United States Trustee
Robert N.C. Nix Federal Courthouse
900 Market Street, Suite 320
Philadelphia, PA  19107

*/s/ Kenneth E. West, Esq.*
Kenneth E. West, Esq.
Standing Chapter 13 Trustee