# United States Bankruptcy Court

Eastern District of Pennsylvania (Philadelphia)

| | |
|---|---|
| In re Malcolm Orrin Bennett,  )   <br> ) <br> Debtor ) <br> Address: 184 Lindenwood Dr ) <br> Exton, PA 19341-2166 ) <br> ) <br> Last four digits of Social-Security or Individual Tax- ) <br> Payer-Identification No(s): 5574 ) <br> ) | Case No. 24-11609-pmm <br><br> Chapter 13 |

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

Please take notice that the undersigned Michael S. Denham hereby appears as counsel for the Child Support Services Division of the Massachusetts Department of Revenue, a creditor in the above-captioned Chapter 13 case, and requests that all parties in interest serve copies of notices, papers and orders served or filed in this case upon the undersigned counsel via ECF or United States mail, first class, postage prepaid.

/s/ Michael S. Denham
Michael S. Denham, Esq.
MA BBO # 694831
Massachusetts Department of Revenue
Child Support Services Division
Bankruptcy Unit
P.O. Box 7057
Boston, MA  02204
(617) 626-2398
denhamm@dor.state.ma.us

DATED: November 6, 2024

# United States Bankruptcy Court

## Eastern District of Pennsylvania (Philadelphia)

| | |
|---|---|
| In re Malcolm Orrin Bennett, )  )  Debtor ) Address: 184 Lindenwood Dr )  Exton, PA 19341-2166 )  ) Last four digits of Social-Security or Individual Tax-Payer-Identification No(s): 5574 )  ) | Case No. 24-11609-pmm  Chapter 13 |

**CERTIFICATE OF SERVICE**

I, Michael S. Denham, certify that on November 6, 2024, I filed the foregoing document using the CM/ECF system and by doing so, served the following CM/ECF participants:

Michael A. Cibik
Edward Jacob Gruber
United States Trustee
Kenneth E. West

I also certify that on this date I served a copy of same on the following non-CM/ECF participants listed below by first class mail, postage prepaid:

Malcolm Orrin Bennett
184 Lindenwood Dr
Exton, PA 19341-2166

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Signed under the pains and penalties of perjury on November 6, 2024

/s/ Michael S. Denham
Michael S. Denham