

# Massachusetts Department of Revenue
# Child Support Enforcement Division

## Account Summary

*"WARNING: This page may contain Federal Tax Information subject to disclosure and use restrictions"*

| | | | |
|---|---|---|---|
| **Docket Number** : WO93DR0625DV1DV | **Total Unpaid MSO** : $0.00 | | |
| **Case Number** : 0001476646 | **Total Arrears** : $0.00 | | |
| **NCP Name** : BENNETT, MALCOLM, O | Assigned : $0.00 | **Total Balance** : $27,436.69 | |
| **CP Name** : BENNETT,AUDREY | Unassigned : $0.00 | **NCP Refund** : $0.00 | |
| **Debt Type** : ALL | **Total Interest** : $12,791.52 | **NCP Refund Held** : $0.00 | |
| | Assigned : $0.00 | **Collections Held** : $0.00 | |
| | Unassigned : $12,791.52 | | |
| | **Total Penalty** : $14,645.17 | | |
| | **Total Futures/Credits** : $0.00 | | |

**From** : 01/2012   **To** : 10/2024

| Grand Total | $0.00 | $0.00 | $0.00 | $5,175.30 | $5,175.30 | $24,171.04 | $4,936.25 | $0.00 | $0.00 | $0.00 | $10.02 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

| Date | Current Due | Current Paid | Unpaid MSO | Interest Charged | Penalty Charged | Arrears Principal Paid | Interest Paid | Penalty Paid | Futures | Credits | Adjustments | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/2012 | $0.00 | $0.00 | $0.00 | $92.98 | $92.98 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $46,369.32 |
| 02/2012 | $0.00 | $0.00 | $0.00 | $92.98 | $92.98 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $46,555.28 |
| 03/2012 | $0.00 | $0.00 | $0.00 | $92.98 | $92.98 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $46,741.24 |
| 04/2012 | $0.00 | $0.00 | $0.00 | $92.98 | $92.98 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $46,927.20 |
| 05/2012 | $0.00 | $0.00 | $0.00 | $92.98 | $92.98 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $47,113.16 |
| 06/2012 | $0.00 | $0.00 | $0.00 | $92.98 | $92.98 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $47,299.12 |
| 07/2012 | $0.00 | $0.00 | $0.00 | $92.98 | $92.98 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $47,485.08 |
| 08/2012 | $0.00 | $0.00 | $0.00 | $92.98 | $92.98 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $47,671.04 |
| 09/2012 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $86.88 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $47,584.16 |
| 10/2012 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $148.45 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $47,435.71 |
| 11/2012 | $0.00 | $0.00 | $0.00 | $91.80 | $91.80 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $47,619.31 |
| 12/2012 | $0.00 | $0.00 | $0.00 | $91.77 | $91.77 | $5.80 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $47,797.05 |
| 01/2013 | $0.00 | $0.00 | $0.00 | $91.77 | $91.77 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $47,980.59 |
| 02/2013 | $0.00 | $0.00 | $0.00 | $91.77 | $91.77 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $48,164.13 |
| 03/2013 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $72.77 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $48,091.36 |
| 04/2013 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $111.56 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $47,979.80 |
| 05/2013 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $72.75 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $47,907.05 |
| 06/2013 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $79.57 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $47,827.48 |
| 07/2013 | $0.00 | $0.00 | $0.00 | $90.03 | $90.03 | $12.50 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $47,995.04 |
| 08/2013 | $0.00 | $0.00 | $0.00 | $90.03 | $90.03 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $48,175.10 |
| 09/2013 | $0.00 | $0.00 | $0.00 | $90.03 | $90.03 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $48,355.16 |
| 10/2013 | $0.00 | $0.00 | $0.00 | $90.03 | $90.03 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $48,535.22 |
| 11/2013 | $0.00 | $0.00 | $0.00 | $90.03 | $90.03 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $48,715.28 |
| 12/2013 | $0.00 | $0.00 | $0.00 | $90.03 | $90.03 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $48,895.34 |
| 01/2014 | $0.00 | $0.00 | $0.00 | $90.03 | $90.03 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $49,075.40 |
| 02/2014 | $0.00 | $0.00 | $0.00 | $90.03 | $90.03 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $49,255.46 |
| 03/2014 | $0.00 | $0.00 | $0.00 | $90.03 | $90.03 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $49,435.52 |
| 04/2014 | $0.00 | $0.00 | $0.00 | $89.93 | $89.93 | $18.88 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $49,596.50 |
| 05/2014 | $0.00 | $0.00 | $0.00 | $89.73 | $89.73 | $41.84 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $49,734.12 |
| 06/2014 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $81.89 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $49,652.23 |
| 07/2014 | $0.00 | $0.00 | $0.00 | $89.32 | $89.32 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $49,830.87 |
| 08/2014 | $0.00 | $0.00 | $0.00 | $89.32 | $89.32 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $50,009.51 |



## Massachusetts Department of Revenue
## Child Support Enforcement Division

### Account Summary
### "WARNING: This page may contain Federal Tax Information subject to disclosure and use restrictions"

| | | | |
|---|---|---|---|
| **Docket Number** : WO93DR0625DV1DV | **Total Unpaid MSO** : $0.00 | | |
| **Case Number** : 0001476646 | **Total Arrears** : $0.00 | | |
| **NCP Name** : BENNETT, MALCOLM, O | Assigned : $0.00 | **Total Balance** : $27,436.69 | |
| **CP Name** : BENNETT,AUDREY | Unassigned : $0.00 | **NCP Refund** : $0.00 | |
| **Debt Type** : ALL | **Total Interest** : $12,791.52 | **NCP Refund Held** : $0.00 | |
| | Assigned : $0.00 | **Collections Held** : $0.00 | |
| | Unassigned : $12,791.52 | | |
| | **Total Penalty** : $14,645.17 | | |
| | **Total Futures/Credits** : $0.00 | | |

**From** : 01/2012    **To** : 10/2024

| Grand Total | $0.00 | $0.00 | $0.00 | $5,175.30 | $5,175.30 | $24,171.04 | $4,936.25 | $0.00 | $0.00 | $0.00 | $10.02 |
|---|---|---|---|---|---|---|---|---|---|---|---|

| Date | Current Due | Current Paid | Unpaid MSO | Interest Charged | Penalty Charged | Arrears Principal Paid | Interest Paid | Penalty Paid | Futures | Credits | Adjustments | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 09/2014 | $0.00 | $0.00 | $0.00 | $89.32 | $89.32 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $50,188.15 |
| 10/2014 | $0.00 | $0.00 | $0.00 | $89.32 | $89.32 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $50,366.79 |
| 11/2014 | $0.00 | $0.00 | $0.00 | $89.32 | $89.32 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $50,545.43 |
| 12/2014 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $50.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $50,495.43 |
| 01/2015 | $0.00 | $0.00 | $0.00 | $89.07 | $89.07 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $50,673.57 |
| 02/2015 | $0.00 | $0.00 | $0.00 | $89.07 | $89.07 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $50,851.71 |
| 03/2015 | $0.00 | $0.00 | $0.00 | $89.07 | $89.07 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $51,029.85 |
| 04/2015 | $0.00 | $0.00 | $0.00 | $89.07 | $89.07 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $51,207.99 |
| 05/2015 | $0.00 | $0.00 | $0.00 | $89.07 | $89.07 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $51,386.13 |
| 06/2015 | $0.00 | $0.00 | $0.00 | $89.07 | $89.07 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $51,564.27 |
| 07/2015 | $0.00 | $0.00 | $0.00 | $88.94 | $88.94 | $25.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $51,717.15 |
| 08/2015 | $0.00 | $0.00 | $0.00 | $88.89 | $88.89 | $10.23 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $51,884.70 |
| 09/2015 | $0.00 | $0.00 | $0.00 | $88.89 | $88.89 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $52,062.48 |
| 10/2015 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $89.16 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $51,973.32 |
| 11/2015 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $94.39 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $51,878.93 |
| 12/2015 | $0.00 | $0.00 | $0.00 | $87.97 | $87.97 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $52,054.87 |
| 01/2016 | $0.00 | $0.00 | $0.00 | $87.97 | $87.97 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $52,230.81 |
| 02/2016 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $76.25 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $52,154.56 |
| 03/2016 | $0.00 | $0.00 | $0.00 | $87.59 | $87.59 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $52,329.74 |
| 04/2016 | $0.00 | $0.00 | $0.00 | $87.59 | $87.59 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $52,504.92 |
| 05/2016 | $0.00 | $0.00 | $0.00 | $87.59 | $87.59 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $52,680.10 |
| 06/2016 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $67.10 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $52,613.00 |
| 07/2016 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $79.59 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $52,533.41 |
| 08/2016 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $126.83 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $52,406.58 |
| 09/2016 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $88.08 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $52,318.50 |
| 10/2016 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $169.26 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $52,149.24 |
| 11/2016 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $126.59 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $52,022.65 |
| 12/2016 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $88.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $51,934.65 |
| 01/2017 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $168.88 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $51,765.77 |
| 02/2017 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $58.48 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $51,707.29 |
| 03/2017 | $0.00 | $0.00 | $0.00 | $82.66 | $82.66 | $12.50 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $51,860.11 |
| 04/2017 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $147.88 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $51,712.23 |



## Massachusetts Department of Revenue
## Child Support Enforcement Division

### Account Summary

"WARNING: This page may contain Federal Tax Information subject to disclosure and use restrictions"

| | | | |
|---|---|---|---|
| **Docket Number** : WO93DR0625DV1DV | **Total Unpaid MSO** : $0.00 | | |
| **Case Number** : 0001476646 | **Total Arrears** : $0.00 | | |
| **NCP Name** : BENNETT, MALCOLM, O | Assigned : $0.00 | **Total Balance** : $27,436.69 | |
| **CP Name** : BENNETT, AUDREY | Unassigned : $0.00 | **NCP Refund** : $0.00 | |
| **Debt Type** : ALL | **Total Interest** : $12,791.52 | **NCP Refund Held** : $0.00 | |
| | Assigned : $0.00 | **Collections Held** : $0.00 | |
| | Unassigned : $12,791.52 | | |
| | **Total Penalty** : $14,645.17 | | |
| | **Total Futures/Credits** : $0.00 | | |

**From** : 01/2012   **To** : 10/2024

| Grand Total | $0.00 | $0.00 | $0.00 | $5,175.30 | $5,175.30 | $24,171.04 | $4,936.25 | $0.00 | $0.00 | $0.00 | $10.02 |
|---|---|---|---|---|---|---|---|---|---|---|---|

| Date | Current Due | Current Paid | Unpaid MSO | Interest Charged | Penalty Charged | Arrears Principal Paid | Interest Paid | Penalty Paid | Futures | Credits | Adjustments | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/2017 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $176.96 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $51,535.27 |
| 06/2017 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $128.23 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $51,407.04 |
| 07/2017 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $308.72 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $51,098.32 |
| 08/2017 | $0.00 | $0.00 | $0.00 | $78.86 | $78.86 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $51,256.04 |
| 09/2017 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $107.10 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $51,148.94 |
| 10/2017 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $136.32 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $51,012.62 |
| 11/2017 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $116.76 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $50,895.86 |
| 12/2017 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $87.50 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $50,808.36 |
| 01/2018 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $150.79 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $50,657.57 |
| 02/2018 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $130.60 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $50,526.97 |
| 03/2018 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $92.71 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $50,434.26 |
| 04/2018 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $251.40 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $50,182.86 |
| 05/2018 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $130.54 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $50,052.32 |
| 06/2018 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $92.69 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $49,959.63 |
| 07/2018 | $0.00 | $0.00 | $0.00 | $72.37 | $72.37 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $50,104.37 |
| 08/2018 | $0.00 | $0.00 | $0.00 | $72.37 | $72.37 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $50,249.11 |
| 09/2018 | $0.00 | $0.00 | $0.00 | $72.37 | $72.37 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $50,393.85 |
| 10/2018 | $0.00 | $0.00 | $0.00 | $72.25 | $72.25 | $89.70 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $50,448.65 |
| 11/2018 | $0.00 | $0.00 | $0.00 | $71.67 | $71.67 | $50.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $50,541.99 |
| 12/2018 | $0.00 | $0.00 | $0.00 | $71.67 | $71.67 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $50,685.33 |
| 01/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $238.26 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $50,447.07 |
| 02/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $238.21 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $50,208.86 |
| 03/2019 | $0.00 | $0.00 | $0.00 | $69.29 | $69.29 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $50,347.44 |
| 04/2019 | $0.00 | $0.00 | $0.00 | $69.29 | $69.29 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $50,486.02 |
| 05/2019 | $0.00 | $0.00 | $0.00 | $69.19 | $69.19 | $20.84 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $50,603.56 |
| 06/2019 | $0.00 | $0.00 | $0.00 | $69.05 | $69.05 | $27.09 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $50,714.57 |
| 07/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $765.10 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $49,949.47 |
| 08/2019 | $0.00 | $0.00 | $0.00 | $64.97 | $64.97 | $52.09 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $50,027.32 |
| 09/2019 | $0.00 | $0.00 | $0.00 | $64.90 | $64.90 | $12.50 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $50,144.62 |
| 10/2019 | $0.00 | $0.00 | $0.00 | $64.72 | $64.72 | $37.50 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $50,236.56 |
| 11/2019 | $0.00 | $0.00 | $0.00 | $64.59 | $64.59 | $25.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $50,340.74 |
| 12/2019 | $0.00 | $0.00 | $0.00 | $64.40 | $64.40 | $37.50 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $50,432.04 |



## Massachusetts Department of Revenue
## Child Support Enforcement Division

### Account Summary
*"WARNING: This page may contain Federal Tax Information subject to disclosure and use restrictions"*

| | | | |
|---|---|---|---|
| **Docket Number** : WO93DR0625DV1DV | **Total Unpaid MSO** : $0.00 | | |
| **Case Number** : 0001476646 | **Total Arrears** : $0.00 | | |
| **NCP Name** : BENNETT, MALCOLM, O | Assigned : $0.00 | **Total Balance** : $27,436.69 | |
| **CP Name** : BENNETT,AUDREY | Unassigned : $0.00 | **NCP Refund** : $0.00 | |
| **Debt Type** : ALL | **Total Interest** : $12,791.52 | **NCP Refund Held** : $0.00 | |
| | Assigned : $0.00 | **Collections Held** : $0.00 | |
| | Unassigned : $12,791.52 | | |
| | **Total Penalty** : $14,645.17 | | |
| | **Total Futures/Credits** : $0.00 | | |

**From** : 01/2012   **To** : 10/2024

| Grand Total | $0.00 | $0.00 | $0.00 | $5,175.30 | $5,175.30 | $24,171.04 | $4,936.25 | $0.00 | $0.00 | $0.00 | $10.02 |
|---|---|---|---|---|---|---|---|---|---|---|---|

| Date | Current Due | Current Paid | Unpaid MSO | Interest Charged | Penalty Charged | Arrears Principal Paid | Interest Paid | Penalty Paid | Futures | Credits | Adjustments | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $62.50 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $50,369.54 |
| 02/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $50.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $50,319.54 |
| 03/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $91.05 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $50,228.49 |
| 04/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $50.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $50,178.49 |
| 05/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $31.10 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $50,147.39 |
| 06/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $57.83 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $50,089.56 |
| 07/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $33.30 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $50,056.26 |
| 08/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $50.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $50,006.26 |
| 09/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $169.64 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $49,836.62 |
| 10/2020 | $0.00 | $0.00 | $0.00 | $58.93 | $58.93 | $500.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $49,454.48 |
| 11/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $500.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $48,954.48 |
| 12/2020 | $0.00 | $0.00 | $0.00 | $54.55 | $54.55 | $375.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $48,688.58 |
| 01/2021 | $0.00 | $0.00 | $0.00 | $52.05 | $52.05 | $500.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $48,292.68 |
| 02/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $500.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $47,792.68 |
| 03/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $500.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $47,292.68 |
| 04/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $625.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $46,667.68 |
| 05/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $596.67 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $46,071.01 |
| 06/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $500.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $45,571.01 |
| 07/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $625.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $44,946.01 |
| 08/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $500.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $44,446.01 |
| 09/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $500.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $43,946.01 |
| 10/2021 | $0.00 | $0.00 | $0.00 | $27.82 | $27.82 | $500.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $43,501.65 |
| 11/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $500.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $43,001.65 |
| 12/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $625.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $42,376.65 |
| 01/2022 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $500.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $41,876.65 |
| 02/2022 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $500.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $41,376.65 |
| 03/2022 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $500.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $40,876.65 |
| 04/2022 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $625.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $40,251.65 |
| 05/2022 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $500.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $39,751.65 |
| 06/2022 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $500.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $39,251.65 |
| 07/2022 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $541.67 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $38,709.98 |
| 08/2022 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $416.67 | $0.00 | $0.00 | $0.00 | $0.00 | $10.02 | $38,303.33 |

# Massachusetts Department of Revenue
# Child Support Enforcement Division



## Account Summary
### "WARNING: This page may contain Federal Tax Information subject to disclosure and use restrictions"

| | | | | |
|---|---|---|---|---|
| Docket Number : WO93DR0625DV1DV | | Total Unpaid MSO : $0.00 | | |
| Case Number : 0001476646 | | Total Arrears : $0.00 | | |
| NCP Name : BENNETT, MALCOLM, O | | Assigned : $0.00 | | Total Balance : $27,436.69 |
| CP Name : BENNETT, AUDREY | | Unassigned : $0.00 | | NCP Refund : $0.00 |
| Debt Type : ALL | | Total Interest : $12,791.52 | | NCP Refund Held : $0.00 |
| | | Assigned : $0.00 | | Collections Held : $0.00 |
| | | Unassigned : $12,791.52 | | |
| | | Total Penalty : $14,645.17 | | |
| | | Total Futures/Credits : $0.00 | | |

From : 01/2012   To : 10/2024

| Grand Total | $0.00 | $0.00 | $0.00 | $5,175.30 | $5,175.30 | $24,171.04 | $4,936.25 | $0.00 | $0.00 | $0.00 | $10.02 |
|---|---|---|---|---|---|---|---|---|---|---|---|

| Date | Current Due | Current Paid | Unpaid MSO | Interest Charged | Penalty Charged | Arrears Principal Paid | Interest Paid | Penalty Paid | Futures | Credits | Adjustments | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 09/2022 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $375.01 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $37,928.32 |
| 10/2022 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $333.34 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $37,594.98 |
| 11/2022 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $333.34 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $37,261.64 |
| 12/2022 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $476.66 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $36,784.98 |
| 01/2023 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $355.98 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $36,429.00 |
| 02/2023 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $246.21 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $36,182.79 |
| 03/2023 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $310.55 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $35,872.24 |
| 04/2023 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $186.78 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $35,685.46 |
| 05/2023 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $311.74 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $35,373.72 |
| 06/2023 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $249.80 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $35,123.92 |
| 07/2023 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $312.34 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $34,811.58 |
| 08/2023 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $249.95 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $34,561.63 |
| 09/2023 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $312.47 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $34,249.16 |
| 10/2023 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $249.99 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $33,999.17 |
| 11/2023 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $562.48 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $33,436.69 |
| 12/2023 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $750.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $32,686.69 |
| 01/2024 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $313.75 | $623.75 | $0.00 | $0.00 | $0.00 | $0.00 | $31,749.19 |
| 02/2024 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $750.00 | $0.00 | $0.00 | $0.00 | $0.00 | $30,999.19 |
| 03/2024 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $750.00 | $0.00 | $0.00 | $0.00 | $0.00 | $30,249.19 |
| 04/2024 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $750.00 | $0.00 | $0.00 | $0.00 | $0.00 | $29,499.19 |
| 05/2024 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $937.50 | $0.00 | $0.00 | $0.00 | $0.00 | $28,561.69 |
| 06/2024 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $750.00 | $0.00 | $0.00 | $0.00 | $0.00 | $27,811.69 |
| 07/2024 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $375.00 | $0.00 | $0.00 | $0.00 | $0.00 | $27,436.69 |
| 08/2024 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $27,436.69 |
| 09/2024 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $27,436.69 |
| 10/2024 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $27,436.69 |