United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 24-11609-pmm |
| Malcolm Orrin Bennett | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Dec 11, 2024 | Form ID: 155 | Total Noticed: 30 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 13, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Malcolm Orrin Bennett, 184 Lindenwood Dr, Exton, PA 19341-2166 |
| 14882462 | | About Feet Podiatry Center, 142 John Robert Thomas Dr, Exton, PA 19341-2656 |
| 14944055 | + | Child Support Services Division of Massachusetts, Dept. of Revenue, C/O Michael S. Denham, Bankruptcy Unit, PO BOX 7057 Boston, MA 02204-7057 |
| 14882469 | + | Fox Financing Company, 1022 N Montello St, Brockton, MA 02301-1654 |
| 14943692 | + | Massachusetts Department of Revenue, Child Support Services Division, Bankruptcy Unit, PO Box 7057, Boston, MA 02204-7057 |
| 14882476 | | Pennsylvania Dermatology Partners, 2039 E High St, Pottstown, PA 19464 |
| 14882479 | | Thomas Meeting Apartments, 279 Lindenwood Dr, Exton, PA 19341-3135 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14883111 | | Email/Text: ebnbankruptcy@ahm.honda.com | Dec 12 2024 00:02:00 | Acura Financial Services, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088 |
| 14882463 | | Email/Text: ebnbankruptcy@ahm.honda.com | Dec 12 2024 00:02:00 | American Honda Finance, Attn: Bankruptcy, PO Box 168088, Irving, TX 75016 |
| 14882464 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 12 2024 00:54:35 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14882466 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 12 2024 00:14:35 | Citibank N.A., Mail Code 451, 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 14882467 | | Email/Text: bankruptcy@dcu.org | Dec 12 2024 00:02:00 | Digital Federal Credit Union, Attn: Bankruptcy 220 Donald Lynch Blvd, Marlborough, MA 01752-9130 |
| 14882468 | | Email/Text: mrdiscen@discover.com | Dec 12 2024 00:02:00 | Discover Financial, Attn: Bankruptcy, 2500 Lake Cook Rd, Riverwoods, IL 60015-3851 |
| 14906042 | + | Email/Text: bankruptcy@dcu.org | Dec 12 2024 00:02:00 | Digital Federal Credit Union, Attn: Bankruptcy, 853 Donald Lynch Blvd, Marlborough, MA 01752-4704 |
| 14890446 | | Email/Text: mrdiscen@discover.com | Dec 12 2024 00:02:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14882470 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Dec 12 2024 00:02:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, 200 West St, New York, NY 10282-2198 |
| 14882471 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 12 2024 00:02:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14882465 | | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 12 2024 00:14:36 | Chase Card Services, Attn: Bankruptcy P.O. 15298, Wilmington, DE 19850 |
| 14896751 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Dec 12 2024 00:02:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 11, 2024 | Form ID: 155 | Total Noticed: 30 |

| | | | |
|---|---|---|---|
| | | | LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 14889469 | Email/PDF: resurgentbknotifications@resurgent.com | Dec 12 2024 00:15:02 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14882473 | Email/Text: ml-ebn@missionlane.com | Dec 12 2024 00:02:00 | Mission Lane LLC, Attn: Bankruptcy, P.O. Box 105286, Atlanta, GA 30348 |
| 14882472 | + Email/Text: DOREBN@DOR.STATE.MA.US | Dec 12 2024 00:02:00 | Massachusetts Department of Revenue, Child Support Enforcement Division, 100 Cambridge St, Boston, MA 02114-2509 |
| 14882474 | Email/Text: fesbank@attorneygeneral.gov | Dec 12 2024 00:02:00 | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 14882475 | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 12 2024 00:02:00 | Pennsylvania Department of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 14882477 | ^ MEBN | Dec 11 2024 23:54:31 | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 14906429 | Email/PDF: resurgentbknotifications@resurgent.com | Dec 12 2024 00:15:06 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14882478 | + Email/PDF: ais.sync.ebn@aisinfo.com | Dec 12 2024 00:14:38 | Synchrony Bank, Attn: Bankruptcy, 777 Long Ridge Rd, Stamford, CT 06902-1259 |
| 14882480 | Email/Text: usapae.bankruptcynotices@usdoj.gov | Dec 12 2024 00:02:00 | U.S. Attorney, Eastern District of Pa., 615 Chestnut St Ste 1250, Philadelphia, PA 19106-4404 |
| 14882481 | ^ MEBN | Dec 11 2024 23:54:16 | U.S. Department of Justice, 950 Pennsylvania Ave NW, Washington, DC 20530-0009 |
| 14882482 | Email/Text: bknotice@upgrade.com | Dec 12 2024 00:02:00 | Upgrade, Inc., Attn: Bankruptcy, 2 N Central Ave Fl 10, Phoenix, AZ 85004-2322 |

TOTAL: 23

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 13, 2024     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 11, 2024 at the address(es) listed below:**

**Name**      **Email Address**

EDWARD JACOB GRUBER

District/off: 0313-2 User: admin Page 3 of 3
Date Rcvd: Dec 11, 2024 Form ID: 155 Total Noticed: 30

| | |
|---|---|
| | on behalf of Debtor Malcolm Orrin Bennett help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| MICHAEL A. CIBIK | on behalf of Debtor Malcolm Orrin Bennett help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| Michael Scott Denham | on behalf of Creditor Massachusetts Department of Revenue Child Support Services Division denhamm@dor.state.ma.us |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

*Form 155* (2/24)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:<br>　　Malcolm Orrin Bennett<br><br>　　Debtor(s). | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 24−11609−pmm<br><br><br>Chapter: 13 |

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

**AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

**A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

**B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

**C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.


Date: December 10, 2024                                                           For The Court

                                                                                  Patricia M. Mayer
                                                                                  Judge, United States Bankruptcy Court