## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

Malcolm Orrin Bennett,                            Chapter 13

                    Debtor                        Case No.24-11609

### PRAECIPE TO AMEND ADDRESS

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly amend the following address on the case mailing list.

**Old Address**:                                  **New Address**:

184 Lindenwood Drive                              640 Brigham Road,
Exton, PA 19341                                   Unit 3H
                                                  Greensboro, NC 27409

Date:  July 9, 2025                               CIBIK LAW, P.C.
                                                  Attorney for Debtor


                                                  By: /s/ Michael A. Cibik_____
                                                      Michael A. Cibik, Esquire
                                                      Attorney I.D. 23110
                                                      1500 Walnut Street, Suite 900
                                                      Philadelphia, PA 19102
                                                      P: 215-735-1060/F: 215-735-6769
                                                      E:  cibik@cibiklaw.com